UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNY J. TAYLOR (PRESIDENTIAL CANDIDATE),<br><br>                    Plaintiff,<br><br>           -against-<br><br>STARBUCKS CORPORATE; BRIAN NICCOL; ANDII (STORE MANAGER); REGIONAL MANAGER,<br><br>                    Defendants. | 25cv1435 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the April 25, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 30, 2025
            New York, New York

                                                        /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                   Chief United States District Judge